UPPER NEW YORK CITY WATER CO., Appellant, v. GIBNEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 18, 1898.) Action by the Upper New York City Water Company against John R. Gibney and others. No opinion. Judgment modified by striking therefrom the adjudication that no public use requires the taking of the land in controversy, and, as thus modified, judgment affirmed, without costs of this appeal to either party.

VAN BEUREN, Appellant, v. LAZARUS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 21, 1898.) Action by Elizabeth S. Van Beuren against Sarah Lazarus and others. W. Mitchell, for appellant. N. S. Spencer, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 42 N. Y. Supp. 1134.

VAN BEUREN, Appellant, v. WOTHERSPOON et al., Respondents. (Supreme Court, Appellate Division, First Department. January 21, 1898.) Action by Elizabeth S. Van Beuren against Francis A. Wotherspoon and others. W. Mitchell, for appellant. N. S. Spencer, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re VANDEVEER. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) In the matter of the application of George A. Vandeveer for admission as attorney and counselor at law in all the courts of the state of New York. No opinion. Application granted.

VILAS NAT. BANK OF PLATTSBURGH v. NEWTON et al. (Supreme Court, Appellate Division, Third Department. January 20, 1898.) Action by the Vilas National Bank of Plattsburgh against John M. Newton and others. No opinion. Motion for reargument, or for leave to go to the court of appeals, denied. See 41 N. Y. Supp. 1134; 48 N. Y. Supp. 1009.

VORHAUS, Respondent, v. AMERICAN SURETY CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Bernard Vorhaus against the American Surety Company of New York. J. T. Davies, Jr., for appellant. M. Schaap, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WALDMULLER, Respondent, v. BECKMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 18, 1898.) Action by Mary Emily Waldmuller against Catharine Beckman. No opinion. Appeal dismissed, with costs and disbursements before argument, and $10 costs of motion.

WALKER, Respondent, v. WALKER, Appellant. (Supreme Court, Appellate Division, Second Department. October Term, 1897.) Action by Frances S. Walker against Frank B. Walker. No opinion. Leave granted to appeal to the court of appeals. See 47 N. Y. Supp. 513.

WEEKAWKEN WHARF CO., Respondent. v. KNICKERBOCKER COAL CO., Appellant. (City Court of New York, General Term. February 7, 1898.) Action by the Weekawken Wharf Company against the Knickerbocker Coal Company. Edwards & Bryan, for appellant. James R. Rogers, for respondent.

PER CURIAM. This is an appeal from an order denying the defendant's motion to vacate the attachment upon the original papers. The order appealed from must be affirmed, with costs. The papers upon which said attachment was granted were more than sufficient.

WETTERER, Respondent, v. SOUBIROUS, Appellant. (Supreme Court, Appellate Term, February 28, 1898.) Action by William Wetterer, landlord, against Andrew Soubirous, tenant. Horace A. Davis, for appellant. Rose & Putzel, for respondent.

PER CURIAM. This is an appeal from a final order made in summary proceedings to recover possession of the house and premises known as No. 294 Sixth avenue in the city of New York for nonpayment of one month's rent, which it is alleged became payable on the 1st day of March, 1896. The defense was a general denial, eviction, and that the alleged transfer of title by one Gerson Siegel to the respondent was fraudulent and void. Summary proceedings theretofore brought to recover possession of the premises in question for nonpayment of the rent due November 1, 1895, resulted in favor of the above-named respondent; but in the proceedings had for nonpayment of the January, 1896, rent, the jury rendered a verdict in favor of the above-named appellant. Although the judgment roll in each proceeding was admitted in evidence, the return is barren of either the original record of the judgments or a copy thereof. The judgment roll in the first-mentioned proceeding was submitted to us when the appeal from the final order therein was argued (49 N. Y. Supp. 1043), but in the absence of the record of the other proceeding we are unable to determine whether the judgment therein is res judicata. The brief submitted by the appellant's counsel has no application whatever to the case at bar, it relating solely to the proceedings had for the rent of February, 1896, and not the following month, for which these proceedings were instituted. For these reasons a reargument must be ordered, the return to be amended meanwhile.

WILLIAMS, Respondent, v. CITY OF OSWEGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October Term, 1897.) Action by Rose Williams against the city of Oswego. No opinion. Motion for leave to go to the court of appeals denied, with $10 costs. See 46 N. Y. Supp. 1103.